THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Walter Davis,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-129
Submitted January 10, 2003  Filed February 
 18, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, 
 Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia; for Respondent.
 
 
 

PER CURIAM:  Walter Davis appeals from his 
 probation revocation arguing the circuit judge should have recused himself because 
 he previously presided over his guilty plea.  Daviss counsel attached to the 
 brief a petition to be relieved as counsel, stating he had reviewed the record 
 and concluded Daviss appeal lacks merit.  Davis did not file a separate pro 
 se brief.  After a thorough review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Daviss appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.